| H1007b (12/15) | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Maria Quintua Galicia** <br> Name | **United States Bankruptcy Court** <br> **District of Hawaii** |
| Debtor 2 (Spouse, if filing)  Name | Case number: 25–00279 <br> Chapter: 11 |

# ORDER TO FILE DOCUMENTS AND NOTICE OF INTENT TO DISMISS CASE

NOTICE IS GIVEN THAT:

This case commenced on April 2, 2025 with the filing of a voluntary petition. The petition was not accompanied by one or more of the following documents required under 11 U.S.C. sec. 521 and Bankruptcy Rule 1007 and, if a case under chapter 13, under 11 U.S.C. sec. 1321 and Bankruptcy Rule 3015(b).

**Ch 11 Income Statement due 04/16/2025**
**20 Larg. Unsec. Cred. due 04/16/2025**

The debtor(s) must file the documents listed above within 14 days after the date of the filing of the petition unless an extension of time is requested and granted. Pursuant to LBR 1007–1(a)(2), failure to comply timely with this order by filing all the missing documents may result in dismissal of the case as a willful failure to abide by a court order within the meaning of 11 U.S.C. sec. 109(g)(1). This means that the debtor(s) will be ineligible to file another bankruptcy petition for 180 days after the entry of the order dismissing the case.

Date: April 2, 2025

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov